dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Max Feig v. Regina Roza Feig.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Albert C. Wills v. Investors Bankstocks Corporation. (Actions Nos. 1 and 2.) — Motion for reargument granted, and upon such reargument, motion for leave to appeal granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of The New York, Westchester and Boston Railway Company for an Order of Certiorari Directed to William G. Fullen and Others, in the Matter of the Complaint of The City of New York and Others, for Alleged Violation of Provisions of Franchise, Transit Commission Case No. 3012.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Charles R. Leonard and Others v. Philip N. Lawes.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Chanin Realty Corporation v. Indemnity Insurance Company of North America.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Removal of Flora M. Koch and Others, as Trustees of Fifth Church of Christ Scientist, New York, and the Election of Ralph Wadsworth and Others, as Trustees, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

David Taylor Company, Inc., v. Fansteel Products Company, Inc.— Motion granted on condition that defendant accept a notice of trial forthwith as though issue had already been joined by service of the answer. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Mark Alter, an Attorney. In the Matter of Joseph Aronstein, an Attorney. In the Matter of Emanuel A. Busch, an Attorney. In the Matter of Robert J. Fitzsimmons, an Attorney. In the Matter of Kevie Frankel, an Attorney. In the Matter of Samuel Goldstein, an Attorney. In the Matter of George Hirsch, an Attorney. In the Matter of Henry O. Kahan, an Attorney. - In the Matter of Abraham Karp, an Attorney. In the Matter of Albert B. Kurtz, an Attorney. In the Matter of James J. Mayer, an Attorney. In the Matter of William J. McAuliffe, an Attorney. In the Matter of Philip Rusgo, an Attorney. In the Matter of Joseph Weber, an Attorney.— References ordered to Hon. Clarence J. Shearn. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Mae L. Brearton, Appellant, v. Cora E. De Witt and Harold B. Niles, as Executors, etc., of Elden C. De Witt, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of Jean H. Norris, a City Magistrate.— Respondent removed from office. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.